IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASON PATTEN,

    Plaintiff,

  v.

LAKE COUNTY; ED ROBEY, JEFF SMITH, GARY LEWIS ANTHONY FARRINGTON, and ROB BROWN, Lake County Supervisors; RODNEY MITCHELL, Sheriff; GREG BUCHOLZ, ROBIN HAUFF and JEREMY WICHLAZ, Deputy Sheriffs; ALICE RIEDLE, Sergeant; RICHARD STEFANELLO; and JACKIE DUFRAIN,

    Defendants.

No. C 02-03323 WHA

**ORDER DENYING REFERENCE TO MAGISTRATE JUDGE**

In light of the extended investment of time by the undersigned judge in this action, the Court will not refer the action to a United States Magistrate Judge, but will retain jurisdiction over the action, notwithstanding the parties' consent to reference. Any such consent should have been filed long ago. The Court's First Amended Case Management Order, filed June 23, 2005, and the deadlines contained therein remain in effect.

**IT IS SO ORDERED.**

Dated: December 12, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE